# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CECILIA FRAHER,<br><br>          Plaintiff,<br><br>     v.<br><br>DR. S. HEYNE, et al.,<br><br>          Defendants.<br>_____ / | CASE NO.   1:10-cv-951-MJS (PC)<br><br>ORDER DENYING AS MOOT PLAINTIFF's "MOTION REQUESTING COURT TO ACCEPT APPLICATION"<br><br>(DOC. 3) |

Plaintiff Cecilia Fraher ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Before the Court is Plaintiff's Motion Requesting Court to Accept Application (Doc. 3) filed on May 27, 2010. The Application requested leave to proceed in forma pauperis.

By Order of May 28, 2010, the Court granted Plaintiff leave to proceed in forma pauperis (Doc. 5).

Accordingly, Plaintiff's Motion Requesting Court to Accept Application (Doc. 3) is DENIED as moot.

IT IS SO ORDERED.

Dated:   June 16, 2010                              /s/ *Michael J. Seng*
                                                            UNITED STATES MAGISTRATE JUDGE