UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CECILIA FRAHER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DR. S. HEYNE, et al.<br><br>　　　　　Defendants.<br>_____/ | CASE No. 1:10-cv-0951-LJO-MJS (PC)<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR RESOLUTION OF ISSUES<br><br>(ECF No. 32) |

　　　　Plaintiff Cecilia Fraher ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983.

　　　　Plaintiff initiated this action on May 27, 2010. (Compl., ECF No. 1.) The Court screened Plaintiff's initial Complaint and ordered Plaintiff to e file a new complaint or notify the Court if she was willing to proceed on her cognizable claim. (ECF No. 8.) Plaintiff filed a First Amended Complaint which the Court dismissed, with leave to amend, for failure to state a claim. (ECF Nos. 9 & 10.) Plaintiff filed a Second Amended Complaint. (Am. Compl., ECF No. 13.) The Court found that Plaintiff's Second Amended Complaint stated a claim under the Eighth Amendment to the United States Constitution against Defendants

Le and Mitchell for failing to provide her with adequate medical care. (ECF No. 14.) The Court directed these Defendants be served. (ECF No. 16.) Defendants Le and Mitchell have since fined an Answer and this matter is currently proceeding through discovery. (ECF Nos. 25 & 28.)

On November 14, 2012, Plaintiff filed a motion requesting that the Court issue decisions on her pending motions to amend (ECF No. 26) and for injunctive relief (ECF No. 27). The Court has since issued decisions on both of these motions. (ECF Nos. 36 & 37.)

Accordingly, Plaintiff's motion is GRANTED.

IT IS SO ORDERED.

Dated:  February 13, 2013                    /s/ *Michael J. Seng*
                                              UNITED STATES MAGISTRATE JUDGE