1
2
3
4

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

5
6

| | |
|---|---|
| CECILIA FRAHER, | 1:10-cv-0951-LJO-MJS (PC) |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS DENYING PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION |
| v. | |
| DR. S. HEYNE, et al., | (ECF No. 37) |
| Defendants. | |

7
8
9
10
11
12
13 _____/
14

Plaintiff Cecilia Fraher ("Plaintiff") is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On January 30, 2013, the Magistrate Judge filed a Findings and Recommendations recommending that Plaintiff's motion for a preliminary injunction be denied.  (ECF No. 37.) Plaintiff has filed objections to the Findings and Recommendations.  (ECF No. 43.)

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(c) and Local Rule 304, this Court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

///
///
///
///

-1-

1    ///

2        Accordingly, IT IS HEREBY ORDERED that:

3        1.    The Findings and Recommendations, filed January 30, 2013, are adopted in full;

4              and

5        2.    Plaintiff's motion for a preliminary injunction (ECF No. 27) is DENIED.

6    IT IS SO ORDERED.

7    **Dated:    March 22, 2013          /s/  Lawrence J. O'Neill**
                                     UNITED STATES DISTRICT JUDGE

-2-