# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CECILIA FRAHER, | CASE NO. 1:10-cv-0951-LJO-MJS PC |
| Plaintiff, | ORDER DENYING MOTION TO SUBMIT DOCUMENTS IN SUPPORT OF PLAINTIFF'S MOTION TO APPOINT COUNSEL |
| v. | |
| DR. S. HEYNE, et al., | (ECF No. 39) |
| Defendants. | |

Plaintiff Cecilia Fraher ("Plaintiff"), a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on May 27, 2010. On February 4, 2013, Plaintiff filed a motion requesting that the Court appoint her counsel. (ECF No. 38.) The Court denied this motion. (ECF No. 41.)

In the interim period between when Plaintiff filed her motion for counsel and the Court issued its order, Plaintiff filed a separate motion to submit additional proof in support of her motion for counsel. (ECF No. 39.) The Court reviewed that additional information before it decided Plaintiff's motion for counsel. Submission now would be redundant and serve no useful purpose.

Accordingly, Plaintiff's motion to submit additional proof in support of her motion for counsel is DENIED as moot. (ECF No. 39.)

IT IS SO ORDERED.

Dated: May 29, 2013          /s/ *Michael J. Seng*
                             UNITED STATES MAGISTRATE JUDGE