# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CECILIA FRAHER, | CASE NO. 1:10-cv-0951-LJO-MJS PC |
|     Plaintiff, | ORDER DENYING MOTION TO SUBMIT DOCUMENTS AND DIRECTING RETURN |
| v. | OF THE DOCUMENTS TO PLAINTIFF |
| DR. S. HEYNE, et al., | (ECF No. 40) |
|     Defendants. | |

Plaintiff Cecilia Fraher ("Plaintiff"), a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on May 27, 2010. On February 11, 2013, Plaintiff filed a motion to submit documents Defendants had requested of her during her deposition. (ECF No. 40.)

The Court does not involve itself in the ordinary course of discovery. In addition, the Court does not serve as a repository for the parties' evidence (i.e., prison or medical records, affidavits, etc.). The parties may not file evidence with the Court until the course of litigation brings the evidence into question (for example, on a motion for summary judgment, at trial, or when requested by the Court).

///
///
///
///
///
///
///

Accordingly, Plaintiff's motion to submit documents to Defendants is DENIED. (ECF No. 40.) The documents filed with this motion will be returned to Plaintiff for her service of them directly on Defendants.

IT IS SO ORDERED.

Dated:   May 29, 2013                        /s/ *Michael J. Seng*
                                             UNITED STATES MAGISTRATE JUDGE