# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CECILIA FRAHER,<br><br>            Plaintiff,<br><br>      v.<br><br>DR. S. HEYNE, et al.,<br><br>            Defendants. | Case No.  1:10-cv-0951-LJO-MJS<br><br>ORDER DENYING PLAINTIFF'S MOTIONS FOR DOCUMENT SUBSTITUTION AND TO COMPEL AND<br>GRANTING DEFENDANTS' MOTION TO STRIKE PLAINTIFF'S SUR-REPLY<br><br>(ECF Nos. 59, 62, 67) |

Plaintiff Cecilia Fraher ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. §1983.

The case proceeds under 28 U.S.C. § 1915A on the Second Amended Complaint ("Complaint") against Defendants Le and Mitchell for providing allegedly inadequate medical care at Central California Women's Facility in violation of the Eighth Amendment.  The Court has issued Findings and Recommendations granting Defendants' motion for summary judgment.  (ECF Nos. 46, 70.)

Plaintiff has filed a motion for document substitution (ECF No. 59) and a motion to compel (ECF No. 62).  Defendants have filed a motion to strike Plaintiff's sur-reply to their motion for summary judgment.  (ECF No. 67.)  These motions are now before the

Court.

## I. PLAINTIFF'S MOTION FOR DOCUMENT SUBSTITUTION

Plaintiff asks the Court to substitute a typed document for her original handwritten opposition to Defendants' motion for summary judgment. (ECF No. 59.) Plaintiff alleges that these two documents are identical. (Id.)

In ruling on Defendants' motion for summary judgment, the Court relied on Plaintiff's handwritten document. It was timely filed, legible, and fully considered by the Court. No useful purpose would be served in substituting a late, typed version even if there were a proper procedural or other basis for doing so.

Accordingly, Plaintiff's motion (ECF No. 59) is DENIED.

## II. PLAINTIFF'S MOTION TO COMPEL

Plaintiff filed a motion to compel on August 5, 2013. (ECF No. 62.) Per the Court's initial scheduling order, all motions to compel were to be filed by May 5, 2013. (ECF No. 28.) Plaintiff failed to request an extension of the deadline before it expired.

Accordingly, Plaintiff's motion (ECF No. 62) is DENIED.

## III. DEFENDANTS' MOTION TO STRIKE PLAINTIFF'S SUR-REPLY

Defendants have requested that the Court strike Plaintiff's sur-reply (ECF No. 66) to their motion for summary judgment. (ECF No. 67.)

The Court did not grant Plaintiff leave to file a sur-reply. The Court does not desire any further briefing on the motion. The Court did not review Plaintiff's sur-reply in ruling on Defendants' motion for summary judgment.

///
///
///
///
///
///
///

1   Accordingly, Defendants' motion to strike Plaintiff's sur-reply is HEREBY
2 GRANTED (ECF No. 67) and Plaintiff's sur-reply (ECF No. 66) is STRICKEN from the
3 record.

IT IS SO ORDERED.

Dated:   March 26, 2014              /s/ *Michael J. Seng*
                                     UNITED STATES MAGISTRATE JUDGE